[No. 30981-9-III.   Division Three.   December 3, 2013.]

*In the Matter of the Guardianship of* D.S.

Appeal from a judgment of the Superior Court for Chelan County, No. 12-7-70010-1, Bart Vandegrift, J. Pro Tem., entered June 22, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Fearing, J. Now published at 178 Wn. App. 681.

[No. 30994-1-III.   Division Three.   December 3, 2013.]

OSCAR J. BROWNFIELD, *Appellant*, v. THE CITY OF YAKIMA, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 09-2-03860-0, Robert Lawrence-Berrey, J., entered June 6, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Kulik, J. Now published at 178 Wn. App. 850.

[No. 31149-0-III.   Division Three.   December 3, 2013.]

RUSSELL H. BENSCH ET AL., *Respondents*, v. DON C. DIXON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Ferry County, No. 12-2-00067-4, Patrick A. Monasmith, J., entered September 14, 2012. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.

[Nos. 29050-6-III; 29051-4-III.   Division Three.   December 5, 2013.]

STEVEN M. HEEB, *Appellant*, v. CARL N. WARRING ET AL., *Respondents.*

STEVEN M. HEEB, *Appellant*, v. MARY MAHANEY OTEY, *Respondent.*

Appeals from a judgment of the Superior Court for Adams County, No. 09-2-00103-4, Kathleen M. O'Connor, J. Pro Tem., entered June 25, 2010. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.